UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RAGSDALE,<br><br>    Plaintiff,<br>vs.<br><br>REDLINE RECOVERY SERV., LLC<br><br>    Defendant.<br>_____/ | CASE NO. CV F 09-2191 LJO DLB<br><br>**ORDER AFTER SETTLEMENT** |

Plaintiff filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 31, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   March 8, 2010**                         **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE