UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RAGSDALE, | CASE NO. CV-F-09-2191 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| REDLINE RECOVERY SERVICES, LLC, et al., | |
| Defendants. | |

On March 31, 2010, Plaintiff Jennifer Ragsdale filed a notice of voluntary dismissal with prejudice in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE the action.

IT IS SO ORDERED.

**Dated:   April 1, 2010**                     /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE